UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| **Date**: April 27, 2026 | **Court Reporter**: Digital |
|---|---|
| | **Interpreter**: James Plunkett (Spanish) |
| **Time**: 9:00 AM–9:31 AM\|   Total: 31 Mins | **Deputy Clerk**: Clara Reaves |

| **Government Counsel** | **Defense Counsel** |
|---|---|
| Jackon Boggs, AUSA | Ryan Maguire, AFPD |

| **Motion Hearing** |
|---|
| Interpreter sworn. |

Matter is before the court on Defendant's Motion to Dismiss and Immediate Release (Dkt. 91). Parties debate whether case should continue under 18 U.S.C. **§** 4241 or **§** 4244.

Court inquires as to parties' positions on whether additional evaluation is necessary, if so, whether it may be done locally, and what any proposed release plan would entail.

Court proposes that, by May 15, 2026, counsel submit either jointly or separately their proposed next steps, including any proposed order for additional evaluation, specifically citing the statutory basis for any proposed order. Parties may also include a memorandum as to which statute applies here.

Defendant remanded to the custody of the USMS.

Court in recess.