UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: July 10, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 1:02 PM–1:37 PM\|   Total: 35 Mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackon Boggs, AUSA | Ryan Maguire, AFPD |

**Motion Hearing (Counsel Only)**

Matter is before the court on Defendant's Sealed Emergency Motion for Immediate Release (Dkt. 100).

Parties discuss options for release or modification of conditions as it relates to Defendant's current health challenges.

Court hears from counsel, USM and Defendant's daughter Victoria Roundy.

Government opposes release.

USM will not allow daughter to see the defendant in the hospital if he remains in custody and DUSM DeVall does not know what accommodations can be made for the end-of-life conditions presented.

Daughter is currently unable to come to Tampa but is trying to find the funds to come. Daughter agrees to be responsible for his care and communication with the Court if she is able to come to Tampa.

Court voices concern about inability of anyone to care for Defendant if he released. Defense counsel explains hospital will not release him or discharge him from its care.

Court hears from USPTS Officer Kadi Murray.

Court directs USMS to determine whether any exception could be made to allow Defendant's daughter to visit him while he is in the hospital, if the Defendant remains in the USMS custody.

Court advises all parties to communicate, copying all parties, whether (1) USM can make a visitation exception, (2) daughter/proposed third party custodian is able to  come to Tampa and, if so, when.

Court to rule once necessary information is provided by all parties.

Court in recess.