UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

The Honorable Natalie H. Adams
Courtroom 11A

United States v. Pedro Jesus Suarez-Aguilar
8:24-cr-00018-WFJ-NHA

| | |
|---|---|
| **Date**: July 10, 2026 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 4:13 PM–5:15 PM\|   Total: 1 Hour and 2 Mins | **Deputy Clerk**: Clara Reaves |

| Government Counsel | Defense Counsel |
|---|---|
| Jackon Boggs, AUSA | Ryan Maguire, AFPD |

**Motion Hearing (Counsel Only)**

Matter is before the court on Defendant's Sealed Emergency Motion for Immediate Release (Dkt. 100).

Court summarizes the reports that USM states it will make no exception whatsoever on permitting visitation or restraint for Defendant's end of life care and that Ms. Roundy will not be able to get the financing to come to Tampa. Defendant proposes releasing Defendant without any custodian to allow Roundy's sister, Shannon Kennedy, to be with Defendant at his end-of-life period.

Court states it cannot release someone who can't care for himself without anyone to care for him and without having someone who can speak to his doctors charged with reporting to the Court.

Pretrial Services states it spoke to Ms. Kennedy who agreed to visit with Defendant and report issues to the Court.

Government opposes release because it may result in hospital not being paid for Defendant's care and create financial liability.

Defense counsel asks to add Ms. Kennedy to see if she can be a third-party custodian.

Court takes recess to allow defense counsel to contact Ms. Kennedy.

Ms. Kennedy is working but confirmed to Pretrial Services and defense counsel that she is willing to take on responsibility of third party custodian.

USM Sylvester Dexter joins by Zoom and addresses the Court. Indicates he will not allow visitors to Defendant.

Court issues a conditional order of release which will release the Defendant from the custody of the USM and into the custody of Kennedy and Roundy as long as he is a patient of a facility.

In the event that Defendant is released from in patient care for any reason Defendant is to go back into custody of the USM.

The Court requires Ms. Victoria Roundy and Ms. Shannen Kennedy to communicate with the court about any change in his location or treatment commitment and to both be third party custodians.

Government objects but will not appeal or seek stay of order.

Court in recess.