# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**UNITED STATES OF AMERICA,**

   **v.**                                                    **Case No.: 8:24-cr-18-WFJ-NHA**

**PEDRO JESUS SUAREZ AGUILAR,**

_____ /

## NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS INDICTMENT AND FOR IMMEDIATE RELEASE FROM CUSTODY

Defendant Pedro Jesus Suarez-Aguilar, through undersigned counsel, hereby withdraws his Motion to Dismiss Indictment and for Immediate Release from Custody, which would also render the objection to the Report and Recommendation moot. Docs. 91, 99.

Mr. Suarez-Aguilar is deceased. Accordingly, the relief requested in the motion is now moot.

Respectfully submitted this 13th day of July 2026,

CHARLES L. PRITCHARD, JR.
FEDERAL PUBLIC DEFENDER

_/s/ Ryan J. Maguire_
Ryan J. Maguire,
Assistant Federal Public Defender
Florida Bar No. 117534
400 North Tampa St. Suite 2700
Tampa, FL 33602
Telephone: (813) 228-2715
Facsimile: (813) 228-2562
Email: ryan_maguire@fd.org

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 13th day of July 2026, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Jackson Boggs, AUSA

<u>*/s/Ryan J. Maguire*</u>
Ryan J. Maguire,
Assistant Federal Public Defender