UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                          CASE NO. 8:24-cr-18-WFJ-NHA

PEDRO JESUS SUAREZ-AGUILAR

**REQUEST FOR LEAVE TO DISMISS INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), Gregory W. Kehoe, the United States Attorney for the Middle District of Florida, hereby requests leave of Court to dismiss the indictment pending in the above-captioned case as to Defendant Pedro Jesus Suarez-Aguilar on the ground that said Defendant is now deceased.

WHEREFORE, the United States respectfully requests that this Court grant the requested leave to dismiss the indictment as to Defendant Pedro Jesus Suarez-Aguilar in the above-captioned case and direct the Clerk of Court to close the case as to said defendant.

Respectfully submitted,

GREGORY W. KEHOE

By:  /s/ *E. Jackson Boggs Jr.*
E. JACKSON BOGGS JR.
Assistant United States Attorney
USA No. 080
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:  (813) 274-6000
Facsimile:   (813) 274-6358
Email: Jackson.Boggs@usdoj.gov