

STATE of FLORIDA

THIS DOCUMENT HAS A LIGHT BACKGROUND ON TRUE WATERMARKED PAPER.    HOLD TO LIGHT TO VERIFY FLORIDA WATERMARK.

## BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

**STATE FILE NUMBER:** 2026122146

**DATE ISSUED:** JULY 20, 2026

## DECEDENT INFORMATION

**DATE FILED:** JULY 16, 2026

NAME: PEDRO   JESUS   SUAREZ-AGUILAR

DATE OF DEATH: **JULY 10, 2026**   SEX: **MALE**   AGE: **077 YEARS**

DATE OF BIRTH: ▓▓▓▓▓▓▓   SSN: **\*\*\*-\*\*-9999**

BIRTHPLACE: **HAVANA, CUBA**

PLACE WHERE DEATH OCCURRED:   **INPATIENT**

FACILITY NAME OR STREET ADDRESS: **HCA FLORIDA NORTHSIDE HOSPITAL**

LOCATION OF DEATH: **ST. PETERSBURG, PINELLAS COUNTY, 33709**

RESIDENCE:   **TAMPA, FLORIDA  33607, UNITED STATES**

COUNTY: **HILLSBOROUGH**

OCCUPATION, INDUSTRY: **SALES, RETAIL**

EDUCATION: **8TH GRADE OR LESS**   EVER IN U.S. ARMED FORCES? **NO**

HISPANIC OR HAITIAN ORIGIN? **YES, CUBAN**

RACE: **WHITE**

### SURVIVING SPOUSE / PARENT NAME INFORMATION

**(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)**

MARITAL STATUS: **MARRIED**

SURVIVING SPOUSE NAME:   **SUSAN   NICHOLSON**

FATHER'S/PARENT'S NAME:   **UNKNOWN   UNKNOWN**

MOTHER'S/PARENT'S NAME:   **UNKNOWN   UNKNOWN**

## INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION

INFORMANT'S NAME:   **VICTORIA   ROUNDY**

RELATIONSHIP TO DECEDENT:   **DAUGHTER**

INFORMANT'S ADDRESS: **3353 S RED SHOULDERED TRAIL, SARATOGA SPRINGS, UTAH  84045, UNITED STATES**

FUNERAL DIRECTOR/LICENSE NUMBER: **NATHAN HOBSON, F044497**

FUNERAL FACILITY:  **EASY AFFORDABLE CREMATIONS INC F840434**

**3147 49TH STREET NORTH, ST PETERSBURG, FLORIDA  33710**

METHOD OF DISPOSITION: **CREMATION**

PLACE OF DISPOSITION:   **CREMATION CARE CENTER**

**ST PETERSBURG, FLORIDA**

## CERTIFIER INFORMATION

TYPE OF CERTIFIER: **Associate Medical Examiner**   MEDICAL EXAMINER CASE NUMBER: **260601176**

TIME OF DEATH (24 HOUR):   **2310**   DATE CERTIFIED: **JULY 15, 2026**

CERTIFIER'S NAME:   **NOEL RAPISTA AGUDO**

CERTIFIER'S LICENSE NUMBER:   **ME134705**

NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER):   **NOT ENTERED**

The first five digits of the decedent's Social Security Number have been redacted pursuant to §119.071(5), Florida Statutes.

*Ken Jones*   , STATE REGISTRAR

APP: 2026242322
REQ: 2028990829

THE ABOVE SIGNATURE CERTIFIES THAT THIS IS A TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE.

**WARNING:**   THIS DOCUMENT IS PRINTED OR PHOTOCOPIED ON SECURITY PAPER WITH WATERMARKS OF THE GREAT SEAL OF THE STATE OF FLORIDA. DO NOT ACCEPT WITHOUT VERIFYING THE PRESENCE OF THE WATER-MARKS. THE DOCUMENT FACE CONTAINS A MULTICOLORED BACKGROUND, GOLD EMBOSSED SEAL, AND THERMOCHROMIC FL. THE BACK CONTAINS SPECIAL LINES WITH TEXT. THE DOCUMENT WILL NOT PRODUCE A COLOR COPY.

DH FORM 1946 (08/01/2022)



CERTIFICATION OF VITAL RECORD

