UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:24-cr-18-WFJ-NHA

PEDRO JESUS SUAREZ-AGUILAR

**ORDER**

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the indictment in the above-captioned case solely as to Defendant Pedro Jesus Suarez-Aguilar. Leave of court is granted, and the indictment is dismissed as to Defendant Pedro Jesus Suarez-Aguilar. The Clerk of Court is directed to close the case as to Defendant Pedro Jesus Suarez-Aguilar.

Dated: July 29, 2026

_____
WILLIAM F. JUNG
United States District Judge